DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE GOMEZ, et al.,**
Appellants,

v.

**LAKES OF CARRIAGE HILLS CONDOMINIUM ASSOCIATION, INC., et al.,**
Appellees.

No. 4D22-594

[June 8, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. CACE07-25012.

Kenneth J. Kavanaugh of Kenneth J. Kavanaugh, P.A., Davie, for appellant.

Joseph L. Ackerman of Fowler White Burnett, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***